UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-21417-BLOOM/Elfenbein

KEVIN O'LEARY,

    Plaintiff,

v.

BENJAMIN ARMSTRONG,

    Defendant.

_____/

**ORDER RESCHEDULING EVIDENTIARY HEARING**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Continuance ("Motion"), ECF No. [23], filed on October 8, 2025. The Court has reviewed the Motion, the record, the applicable law, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Continuance, **ECF No. [23],** is **GRANTED**.

2. The evidentiary hearing on damages previously scheduled for October 23, 2025 is **RESCHEDULED** to **Thursday, October 30, 2025, at 9:30 a.m**. in Courtroom 10-2 at the Wilkie D. Ferguson, Jr. Federal Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

Case No. 25-cv-21417-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 8, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Benjamin Armstrong
462 Fincher Rd.
Canton, GA 30114
PRO SE