UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

FILED BY KP D.C.

FEB 1 2 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.: 25-cv-21417-BLOOM/Elfenbein

KEVIN O'LEARY,

    Plaintiffs

v.

BENJAMIN ARMSTRONG,

    Defendants
_____/

# MOTION TO SEAL REPLY IN SUPPORT OF DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT

COMES NOW, Defendant Benjamin Armstrong, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(c) and 11th Circuit Rule 25-5, and hereby respectfully moves this Court to seal Defendant's Reply in Support of Motion to Set Aside Default Judgment due to the sensitive medical information contained therein. USCS Fed Rules Civ Proc R 26, USCS Ct App 11th Cir, Cir R 25-5. In support of this Motion, Defendant states as follows:

1. Defendant has filed a Reply in Support of his Motion to Set Aside Default Judgment that contains highly sensitive medical information, including detailed psychiatric diagnoses, treatment records, and physician notes.

2. The Reply and supporting exhibits contain detailed information about Defendant's mental health conditions, including but not limited to diagnoses of Bipolar disorder, Narcissistic personality disorder, Dissociative identity disorder,

1

and documentation of Cotard's syndrome (the delusion that he is dead) and Capgras delusion (believing family members are imposters).

3. The Reply includes specific references to Defendant's psychiatric progress notes from Lenape Wellness Center dated July 2025, which contain intimate details of Defendant's mental state, including statements that he believes he is dead and in hell, and that people around him are imposters.

4. The Reply also references communications between Defendant and his psychiatrist, Dr. Diana Woodall, in which Defendant discusses his belief that he is dead and everyone around him is an imposter.

5. This sensitive medical information is directly relevant and necessary to Defendant's argument that his mental health conditions prevented him from timely responding to the Complaint, which forms the basis of his Motion to Set Aside Default Judgment.

6. Federal Rule of Civil Procedure 26(c) authorizes the Court to issue an order "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," including requiring that certain filings be sealed. USCS Fed Rules Civ Proc R 26.

7. The 11th Circuit has established procedures for maintaining the privacy of personal data in court filings, including the filing of unredacted documents under seal when they contain sensitive personal information. USCS Ct App 11th Cir, Cir R 25-5.

8. Public disclosure of Defendant's detailed psychiatric diagnoses, treatment records, and mental health status would cause Defendant significant

embarrassment and potential harm, as this information is of an extremely personal and sensitive nature.

9. The public's interest in accessing these specific medical details is minimal compared to Defendant's substantial privacy interest in his medical information.

10. Defendant proposes filing a redacted version of the Reply for the public record that omits the specific details of his psychiatric diagnoses and treatment while preserving the general legal arguments.

11. This approach balances the public's right of access to court proceedings with Defendant's legitimate privacy interests in his sensitive medical information.

WHEREFORE, Defendant Benjamin Armstrong respectfully requests that this Court enter an Order:

12. Granting Defendant's Motion to Seal the Reply in Support of Defendant's Motion to Set Aside Default Judgment;

13. Permitting Defendant to file the unredacted Reply and supporting exhibits under seal; and

Respectfully submitted,

Benjamin Armstrong
/s/ Benjamin Armstrong

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 10th 2026, I electronically or by mail filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that this document is being served this day on Plaintiffs via U.S. mail at the following address:

Jeffrey A. Neiman, Esq.

Florida Bar No. 544469

jneiman@mnrlawfirm.com

Brandon S. Floch, Esq.

Florida Bar No. 125218

bfloch@mnrlawfirm.com

Benjamin Armstrong
/s/ Benjamin Armstrong

TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:QFEA (708) 510-2016
NEAL PRICE
1424 SYLVAN RD SW
ATLANTA, GA 30310
UNITED STATES US

SHIP DATE: 11FEB26
ACTWGT: 0.75 LB
CAD: 6571936/ROSA2710

TO
CLERK OF COURT
400 NORTH MIAMI AVENUE

MIAMI FL 33128
(305) 523-5100        REF:
INV:
PO:                   DEPT:

FedEx Express



Sealed

THU – 12 FEB 10:30A
TRK# 8887 0058 6075
0201
PRIORITY OVERNIGHT

X6 MPBA

33128
FL-US  MIA



Align bottom of peel-and-stick airbill or pouch here.