**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-21417

KEVIN O'LEARY,

Plaintiff,

v.

BENJAMIN ARMSTRONG,

Defendant.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff Kevin O'Leary ("Plaintiff" or "O'Leary") hereby files this Motion for Entry of Final Judgment.

1. On February 13, 2026, the Court entered on Omnibus Order with Findings of Fact and Conclusions of Law ("Order"). ECF No. [37].

2. In the final paragraph of the Order, the Court awarded Plaintiff Kevin O'Leary a total of $2,828,000.00 in damages against the Defendant, consisting of $750,000.00 in mental anguish damages, $78,000.00 in reputational damages, and $2,000,000.00 in punitive damages.

3. The Order also noted that a Final Judgment would follow. ECF No. [37] at 18.

4. Plaintiff now respectfully requests that the Court enter the proposed Final Judgment, attached to this Motion, consistent with the Order.

Dated February 24, 2026

Respectfully submitted,

**NEIMAN MAYS FLOCH & ALMEIDA PLLC**

By: **/s/**Brandon S. Floch
Jeffrey A. Neiman, Esq.
Florida Bar No. 544469
jneiman@nmfalawfirm.com
Brandon S. Floch, Esq.
Florida Bar No. 125218
bfloch@nmfalawfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 24, 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. I further certify that a copy of the document and all supporting materials was sent by U.S. Mail, postage prepaid, to Defendant at his last known addresses as follows:

Benjamin Armstrong
624 6th Ave S
Nampa, ID 83651

By: <u>*/s/ Brandon S. Floch*</u>