UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-21417

KEVIN O'LEARY,

Plaintiff,
v.

BENJAMIN ARMSTRONG,

Defendant.
_____/

**[PROPOSED] FINAL JUDGMENT**

**THIS CAUSE** is before the Court on an evidentiary hearing on damages on October 30, 2025 where Plaintiff appeared with counsel and presented testimony and trial exhibits. ECF No. [28-1]. Neither Defendant nor counsel for Defendant appeared. *Id.* The Court previously entered an order granting Plaintiff's Motion for Default Judgment as to Defendant's liability. ECF No. [16] & ECF No. [37] at 2.

Accordingly, it is **ORDERED AND ADJUDGED** as follows.

1. As adjudged in the Court's Order on Motion for Default Final Judgment, ECF No. [16] & ECF No. [37] at 2, the Court finds in favor of Plaintiff on the six defamation *per se* counts (Counts I-VI) and the single Publication of Private Facts Count (Count VII).

2. Plaintiff Kevin O'Leary is entitled to judgment in his favor against Defendant Benjamin Armstrong in the amount of **$2,828,000.00**, consisting of $750,000.00 in mental anguish damages, $78,000.00 in reputational damages, and $2,000,000.00 in punitive damages.

3. The Court reserves jurisdiction to award attorneys' fees and costs.

4. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

5.      The Clerk of Court is directed to mark this case **CLOSED**.

_____

**HONORABLE BETH BLOOM**
**UNITED STATES DISTRICT COURT**
**JUDGE**