UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-21417-BLOOM/Elfenbein**

KEVIN O'LEARY,

    Plaintiff,

v.

BENJAMIN ARMSTRONG,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Entry Final Judgment ("Motion"), ECF No. [42]. For the reasons set forth in the Court's Order Granting Motion for Entry of Default Judgment, ECF No. [16], and the Court's Omnibus Order on Findings of Fact and Conclusions of Law, ECF No. [37], it is **ORDERED AND ADJUDGED** as follows:

    1.    As adjudged in the Court's Order on Motion for Default Final Judgment, ECF No. [16] & ECF No. [37], the Court finds in favor of Plaintiff on his six defamation *per se* counts (Counts I-VI) and the single Publication of Private Facts Count (Count VII).

    2.    Plaintiff Kevin O'Leary is entitled to judgment in his favor against Defendant Benjamin Armstrong in the amount of $2,828,000.00, consisting of $750,000.00 in mental anguish damages, $78,000.00 in reputational damages, and $2,000,000.00 in punitive damages.

    3.    The Court reserves jurisdiction to award attorneys' fees and costs.

    4.    Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

Case No. 25-cv-21417-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 26, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:

counsel of record

Benjamin Armstrong
462 Fincher Road
Canton, GA 30114
*PRO SE*