**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-21417-BLOOM**

KEVIN O'LEARY,

      Plaintiff,

v.

BENJAMIN ARMSTRONG,

      Defendant.

_____/

**ORDER ON MOTION TO COMPEL DEFENDANT**
**BENJAMIN ARMSTRONG TO COMPLETE FLA. R. CIV. P. FORM 1.977**

**THIS CAUSE** is before the Court on Plaintiff Kevin O'Leary's ("Plaintiff") Motion to Compel Defendant Benjamin Armstrong ("Defendant") to Complete Fla. R. Civ. P. Form 1.977 ("Motion"), ECF No. [44]. Defendant did not file a Response. Accordingly, the Court may grant the Motion by default. S.D. Fla. L.R. 7.1(c)(1). The Court has reviewed the Motion, the record in this case, applicable law, and is otherwise fully advised. For the reasons set forth below, the Motion is granted.

The Court's February 26, 2026, Final Judgment orders Defendant to pay Plaintiff $2,828,000.00, plus interest accrued pursuant to 28 U.S.C. § 1961, and reserves jurisdiction to award attorneys' fees and costs. ECF No. [43]. Plaintiff states that Defendant has not paid any amount of the judgement. ECF No. [44] at 2. To aid in execution of the judgment, Plaintiff asks the Court to order Defendant to complete Florida Rule of Civil Procedure Form 1.977 and all required attachments. *See* Fed. R. Civ. P. 69(a)(1); Fla. R. Civ. P. 1.560. "[U]nder Florida law, 'the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or other such

Case No. 25-cv-21417-BLOOM

reasonable time as determined by the court.'" *Am. Home Assur. Co. v. Weaver Aggregate Transp., Inc.*, 298 F.R.D. 692, 693 (M.D. Fla. 2014) (citing Fla. R. Civ. P. 1.560).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion, **ECF No. [44]**, is **GRANTED**.

2. **On or before June 1, 2026,** Defendant Benjamin Armstrong shall complete, under oath, the Fact Information Sheet set forth in Fla. R. Civ. P. Form 1.977, including all required attachments, and shall serve the completed sheet upon Plaintiff's counsel.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 17, 2026.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Benjamin Armstrong
462 Fincher Road
Canton, GA 30114
PRO SE

2