**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-21417-BLOOM**

KEVIN O'LEARY,

      Plaintiff,

v.

BENJAMIN ARMSTRONG,

      Defendant.

_____/

### ORDER SETTING SHOW CAUSE HEARING

**THIS CAUSE** is before the Court on Plaintiff Kevin O'Leary's Motion for Order to Show Cause Why Defendant Should Not Be Held in Civil Contempt and for Issuance of a Writ of Bodily Attachment, ECF No. [46] ("Motion"). On April 17, 2026, the Court ordered Defendant Benjamin Armstrong to complete, under oath, the Fact Information Sheet set forth in Fla. R. Civ. P. Form 1.977, including all required attachments ("Form 1.977") and to serve the completed sheet on Plaintiff's counsel by June 1, 2026. *See* ECF No. [45]. Plaintiff states that Defendant has not completed Form 1.977, has not communicated with Plaintiff's counsel, and has not sought an extension or other relief from this Court. ECF No. [46] at 2. Plaintiff argues Defendant's continued defiance of court orders demonstrates that monetary sanctions alone will not compel his compliance. *Id.* Plaintiff asks the Court to hold Defendant in civil contempt and authorize the issuance of a writ of bodily attachment to take Defendant into custody until he purges himself of contempt by completing Form 1.977. *Id.* at 11.

Case No. 25-cv-21417-BLOOM

It is **ORDERED AND ADJUDGED** as follows:

1. A hearing is set before this Court on **July 27, 2026, at 9:00 a.m.** at **Courtroom 10-2, Wilkie D. Ferguson Courthouse, 400 North Miami Avenue, Miami, FL 33128**, at which time Defendant Benjamin Armstrong shall show cause as to why he should not be held in civil contempt.

2. If Defendant completes, under oath, the Fact Information Sheet set forth in Florida Rule of Civil Procedure Form 1.977, including all required attachments, and serves the completed sheet upon Plaintiff's counsel **by July 22, 2026**, the parties shall immediately notify the Court, and the Show Cause Hearing will be cancelled.

3. **By July 13, 2026**, Petitioner shall serve Defendant with a copy of this Order and the Motion for Order to Show Cause Why Defendant Should Not Be Held in Civil Contempt and for Issuance of a Writ of Bodily Attachment, and file proof of service with the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 8, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Benjamin Armstrong
462 Fincher Road
Canton, GA 30114
PRO SE

2